**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JOHN CURTIN, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 1:21-cv-02954-SCJ-JSA |
| | ) | |
| v. | ) | |
| | ) | |
| EMORY UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Curtin ("Plaintiff") and Defendant Emory University ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

Respectfully submitted this 21st day of March, 2022.

*[Signatures on following page.]*

| | |
|---|---|
| *s/ Edward D. Buckley* | */s/ Burton F. Dodd* |
| Edward D. Buckley | Burton F. Dodd |
| Georgia Bar No. 092750 | Georgia Bar No. 223880 |
| edbuckley@buckleybeal.com | bdodd@fisherphillips.com |
| J. Kyle Brooks | JonVieve D. Hill |
| Georgia Bar No. 773561 | Georgia Bar No. 907946 |
| kbrooks@buckleybeal.com | jhill@fisherphillips.com |
| | |
| **BUCKLEY BEAL LLP** | **FISHER & PHILLIPS LLP** |
| 600 Peachtree Street NE | 1075 Peachtree Street NE |
| Suite 3900 | Suite 3500 |
| Atlanta, GA 30308 | Atlanta, GA 30309 |
| Telephone: (404) 781-1100 | Telephone: (404) 231-1400 |
| Facsimile: (404) 781-1101 | Facsimile: (404) 240-4249 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN CURTIN, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 1:21-cv-02954-SCJ-JSA |
| | ) | |
| v. | ) | |
| | ) | |
| EMORY UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022, I electronically filed the foregoing **Stipulation of Dismissal with Prejudice** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Burton F. Dodd – bdodd@fisherphillips.com
JonVieve D. Hill – jhill@fisherphillips.com

**BUCKLEY BEAL LLP**

By:  *s/ Edward D. Buckley*
Edward D. Buckley
Georgia Bar No. 092750